```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0053--CR (JWS)
              "USA V MICHAEL ALFRED BRIERE"
               DEF 1.1 BRIERE, MICHAEL ALFRED

    Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 06/22/05
            Closed: NO
No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: Fugitive
        Trial date:
        Terminated: NO
Needs interpreter: NO
Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Audrey J. Renschen
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 BRIERE, MICHAEL ALFRED

Document           Count    Citation and Description                          Disposition
─────────          ─────    ────────────────────────                          ───────────
    1 -   1 IND      1      18:1343 WIRE FRAUD (F)                            Pending
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0053--CR (JWS)
                              "USA V MICHAEL ALFRED BRIERE"

                                   For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 06/22/05
            Closed: NO
No. of Defendants: 1


 Document #    Filed      Docket text

 NOTE -   1    06/22/05   [Re: DEF 1] Issued WOA.

    1 -   1    06/22/05   [Re: DEF 1] PLF 1 Indictment.

    2 -   1    06/23/05   [Re: DEF 1] JDR Grand Jury Minutes re: war of arrest to be iss; no bail
                          set.
```