```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs    MICHAEL ALFRED BRIERE   CASE NO. 3:05-CR-0053-JWS
Defendant:   Present   X In Custody    On Summons    On Bond

BEFORE THE HONORABLE      TERRANCE W. HALL

DEPUTY CLERK/RECORDER:      MISTY DAVENPORT

UNITED STATES ATTORNEY:     STEPHEN COOPER

DEFENDANT'S ATTORNEY:       SUE ELLEN TATTER

U.S.P.O.:                   MARCI LUNDGREN

PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT  Held: 01/12/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:14 a.m. court convened.

 X Copy of Inf/Ind/Cmplt given to defendant: waived reading.

 X Defendant sworn.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Defendant states true name: MICHAEL ALFRED BRIERE
 X Financial Affidavit filed.
   X Federal Public Defender accepted appointment.

 X PLEA(S):    Guilty to Counts
              X Not Guilty to Counts of Indictment

 X Counsel advised of trial date:  March 22, 2006 @ 9:00 a.m.

 X Court accepted plea(s).

 X Pretrial motions due   February 1, 2006

 X OTHER:   Final Pre-trial conference set for 8:30 a.m. on March
22, 2006

At 10:24 a.m. court adjourned.

DATE: 01/12/06           DEPUTY CLERK'S INITIALS:    MLD
```