AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

RECEIVED
U.S. MARSHALS SERVICE
ALASKA
2005 JUN 22 PM 4 15

UNITED STATES OF AMERICA

V.

MICHAEL ALFRED BRIERE

**WARRANT FOR ARREST**

CASE NUMBER: A05-0053 CR (JWS)

USMS — D/ALASKA — WARRANTS
FI # 1038411
WARRANT # 0506-0623-1015-3
Entered NCIC _____
Entered APSIN _____

Removed NCIC _____
Removed APSIN _____

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICHAEL ALFRED BRIERE and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense):
18:1343 - WIRE FRAUD - Counts 1-7

in violation of Title  United States Code, Section(s)

Ida Romack
Name of Issuing Officer

by  Pam Richter                Deputy Clerk

Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

June 22, 2005 at Anchorage, Alaska

Date and Location

by  Magistrate Judge John D. Roberts

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

FAIRBANKS, AK

| DATE RECEIVED 22 JUN 2005 | NAME AND TITLE OF ARRESTING OFFICER S/A ALAN VANDERPLOEG FBI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10 JAN 2006 | | |