Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ALFRED BRIERE,<br><br>Defendant. | NO. A05-0053 CR (JWS)<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR HEARING TO REVIEW DETENTION ORDER** |

The defendant, MICHAEL ALFRED BRIERE, through counsel, hereby requests a review of the detention order.  The defense requests the review in Fairbanks on January 24, 2006, when the Anchorage Magistrate Judge will be in Fairbanks.

This is an Anchorage case, but Michael Briere is incarcerated in Fairbanks and the proposed custodian, David Jon Turbovsky, resides in Fairbanks.  The proposal is for 24-hour sight and sound custody with the third party.  Conditions of release could include monitoring for controlled substances.

This motion is made on shortened time because the relief will be moot if the normal response time is permitted.

Assistant U.S. Attorney Audrey Renschen does not oppose the motion for a hearing on shortened time, although she does oppose the release plan. She requests to appear by telephone.

DATED this 19th day of January 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on January 19, 2006,
a copy of the *Motion on Shortened
Time for Hearing to Review Detention
Order* was served electronically on:

Audrey J. Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter