UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. A05-0053 CR (JWS) |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION ON SHORTENED TIME FOR HEARING TO REVIEW DETENTION ORDER** |
| MICHAEL ALFRED BRIERE, | |
| Defendant. | |

After due consideration of the defendant's Unopposed Motion on Shortened Time For Hearing to Review Detention Order, the motion is granted. A hearing to review the detention order is hereby scheduled for January 24, 2006, at __ _____ ____.m. in Fairbanks, Alaska.

DATED this ____ day of January 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE