UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ALFRED BRIERE,<br><br>Defendant. | NO. A05-0053 CR (JWS)<br><br>PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION ON SHORTENED TIME FOR HEARING TO REVIEW DETENTION ORDER |

After due consideration of the defendant's Unopposed Motion on Shortened Time For Hearing to Review Detention Order, the motion is granted. A hearing to review the detention order is hereby scheduled for January 24, 2006, at __ 11:00 A .m. in Fairbanks, Alaska.

DATED this 20th day of January 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE