MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *MICHAEL ALFRED BRIERE*

THE HONORABLE JOHN W. SEDWICK                    CASE NO. 3:05-cr-00053 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**              Date:  February 23, 2006

   The final pre-trial conference and trial by jury presently set for March 22, 2006, are **CONTINUED** to **March 23, 2006**.  The final pre-trial conference will be at **11:00 AM**, and the trial by jury will commence at **1:00 PM.**