Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MICHAEL ALFRED BRIERE,<br><br>                  Defendant. | Case No. 3:05-cr-0053-JWS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

      The defendant, MICHAEL ALFRED BRIERE, through counsel, hereby notifies the court of his intent to change his plea.  Mr. Briere intends to enter a plea of guilty to the indictment.  There is no plea agreement in this case.  Mr. Briere respectfully requests that his trial date, currently set for March 23, 2006, be vacated, and that a change of plea hearing be scheduled at a time convenient to the court and counsel.

///

///

///

///

DATED this 6th day of March, 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
Alaska Bar No. 7605057
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:

I certify that on March 6, 2006, a copy of the
foregoing document was served electronically on:

Audrey J. Renschen, Esq.

s/Sue Ellen Tatter