MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *MICHAEL ALFRED BRIERE*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cr-00053 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: March 13, 2006

    The court will conduct a proposed change of plea proceeding at **11:00 AM** on **March 23, 2006**, in Anchorage, Alaska. The final pre-trial conference and trial dates are hereby **VACATED**.