Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL ALFRED BRIERE,<br><br>　　　　Defendant. | NO. 3:05-cr-0053-JWS<br><br>**NOTICE OF FILING RECEIPTS**<br><br>*(Filed on Shortened Time)* |

　　　　The defendant, MICHAEL ALFRED BRIERE, through counsel, hereby files the attached Arizona restitution receipts (Exhibit B to the Sentencing Memo), for the sentencing set for June 7, 2006.

　　　　DATED this 5th day of June 2006.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　s/Sue Ellen Tatter
　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　550 West 7th Avenue, Suite 1600
　　　　　　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　　　　　　E-Mail:　　sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on June 5, 2006,
a copy of the **Notice of Filing
Receipts** was served electronically
on:

Audrey J. Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Pam Shaw
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter