J-MB

**Office of CLERK, SUPERIOR COURT**

№ 147746

Tucson, Arizona 9-23, 19 92

Received from _Michael Briere_

_Two hundred dollars 00/100_ Dollars __200.00__

Caption _State vs Briere_  Case No. _CR-26336_

Cash ✓ Check ___  Money Order ___   _195.83_
Probation Ser. _4.17_  Restitution _200.00_  _Rest. Paid_
Atty'y Fees ___  Fine ___
Cash Bond ___  Misc. ___       James N. CORBETT, Clerk
41-1826 ___  36-142 ___   By _(signature)_
41-1830 ___  41-2401 ___

MC

Deputy

---

**Office of CLERK, SUPERIOR COURT**

№ 154837

St+B

Tucson, Arizona 11-24, 19 92

Received from _Michael Alfred Briere_

_Fifty 00/100_ Dollars _50.00_

Caption _State vs Briere_  Case No. _CA-_____
                                      _CR-26336_

Cash ___ Check ___  Money Order ✓
Probation Ser. _30.00_  Restitution ___
Atty'y Fees _20.00_  Fine ___
Cash Bond ___  Misc. ___       James N. CORBETT, Clerk
41-1826 ___  36-142 ___   By _(signature)_
41-1830 ___  41-2401 ___

Deputy

JHB

Office of
CLERK, SUPERIOR COURT

№ 161738

Tucson, Arizona  2-19, 19 93

Received from _Michael Briere_

_Two hundred fifty dolls ⁰⁰⁄₁₀₀_ Dollars  250.00

Caption _State vs. Briere_  Case No. _CR-26336_

Cash  X  Check
Probation Ser. _200._  Money Order ___
                      Restitution ___
Atty'y Fees _50.00_   Fine ___
Cash Bond ___         Misc. ___
41-1826 ___           36-142 ___          By _____
41-1830 ___           41-2401 ___                              Deputy

James N. CORBETT, Clerk

Office of
CLERK, SUPERIOR COURT

№ 164494

JHB

Tucson, Arizona 3-8, 19 93

Received from Briere, Michael

Three hundred fifty Dollars 350.00

Caption St vs Briere    Case No. CC-26336

Cash ✓ Check ___    Money Order ___
Probation Ser. 350.00 Restitution ___
Atty'y Fees ___    Fine ___
Cash Bond ___    Misc. ___
41-1826 ___    36-142 ___
41-1830 ___    41-2401 ___

James N. CORBETT, Clerk
By _____
Deputy

---

Office of
CLERK, SUPERIOR COURT

№ 164636

Tucson, Arizona 3-22, 19 93

Received from Michael Briere

Two hundred dollars 00/100 Dollars 200.00

Caption State vs Briere    Case No. CR-26336

Cash ✓ Check ___    Money Order ___
Probation Ser. 200.00 Restitution ___
Atty'y Fees ___    Fine ___
Cash Bond ___    Misc. ___
41-1826 ___    36-142 ___
41-1830 ___    41-2401 ___

James N. CORBETT, Clerk
By _____
Deputy

---

Office of
CLERK, SUPERIOR COURT

№ 164778

Tucson, Arizona 3-26, 19 93

Received from Michael Briere

Three hundred fifty five dols 83/100 Dollars 355.83

Caption State vs Briere    Case No. CR-26336

Cash ✓ Check ___    Money Order ___
Probation Ser. 355.83 Restitution ___
Atty'y Fees ___    Fine ___
Cash Bond ___    Misc. ___
41-1826 ___    36-142 ___
41-1830 ___    41-2401 ___

James N. CORBETT, Clerk
By _____
Deputy